Paul M. Kelley, State Bar No. 87505
DONFELD, KELLEY & ROLLMAN
11845 W. Olympic Blvd., Suite 1245
Los Angeles, California 90064-5095
(310) 312-8080
(310) 312-8014 Facsimile

Attorneys for Defendants M3T CORP.,
a California corporation, BENE WEST, INC.,
a California corporation, COMBEN CORP.,
a California corporation, NABEN CORP.,
a California corporation, PASSBEN CORPORATION,
a Nevada corporation, VEBEN CORP.,
a Nevada corporation, WALBEN CORP.,
a California corporation, and MIRANDO
LAUTO, a.k.a. NANDO LAUTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT - San Francisco

| | |
|---|---|
| BENETTON U.S.A. CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>M3T CORP., a California corporation, BENE WEST, INC., a California corporation, COMBEN CORP., a California corporation, NABEN CORP., a California corporation, PASSBEN CORPORATION, a Nevada corporation, VEBEN CORP., a Nevada corporation, WALBEN CORP., a California corporation, and MIRANDO LAUTO, a.k.a. NANDO LAUTO, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV10-3843 JCS<br><br>Assigned to: Magistrate Joseph C. Spero<br>Courtroom: A<br><br>**STIPULATION TO EXTEND TIME TO ANSWER TO FIRST AMENDED COMPLAINT [N.D. Ca. Rule 6-1(a)]** |

This stipulation is made and entered into between Plaintiff BENETTON U.S.A. CORPORATION (hereinafter referred to as "Benetton") on the hand and Defendants M3T CORP., BENE WEST, INC., COMBEN CORP., NABEN CORP., PASSBEN CORPORATION, VEBEN CORP., WALBEN CORP., and MIRANDO LAUTO, a.k.a. NANDO LAUTO (collectively referred to as "Answering Defendants"), on the other hand. The

Stipulation is based on the following facts:

A.  Benetton caused the First Amended Complaint to be personally served on each of the Answering Defendants on September 24, 2010;

B.  Pursuant to F.R.C.P. Rule 12(a)(1)(A)(i), the Answering Defendants have until October 15, 2010 to file a responsive pleading; and

C.  The Answering Defendants, through their counsel Paul M. Kelley of Donfeld, Kelley & Rollman, have requested an extension of time, to and including October 29, 2010, to file and serve an Answer to the First Amended Complaint;

## STIPULATION

It is hereby stipulated by and between Benetton, on the one hand, and the Answering Defendants, on the other hand, by and through their respective attorneys, that the time within which the Answering Defendants may file and serve an Answer to the First Amended Complaint, is extended to and including October 29, 2010.

DATED: October 13, 2010         DONFELD, KELLEY & ROLLMAN

                                By: _____
                                Paul M. Kelley
                                Attorneys for Answering Defendants

DATED: October 13, 2010         DILLINGHAM & MURPHY

                                By: _____
                                Rodrigo E. Salas
                                Attorneys for Plaintiff Benetton U.S.A. Corporation

Dated: 10/18/10

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA