| | |
|---|---|
| 1 | Paul M. Kelley, State Bar No. 87505 |
| | DONFELD, KELLEY & ROLLMAN |
| 2 | 11845 W. Olympic Blvd., Suite 1245 |
| | Los Angeles, California 90064-5095 |
| 3 | (310) 312-8080 |
| | (310) 312-8014 Facsimile |
| 4 | |
| | Attorneys for Defendants M3T CORP., |
| 5 | a California corporation, BENE WEST, INC., |
| | a California corporation, COMBEN CORP., |
| 6 | a California corporation, NABEN CORP., |
| | a California corporation, PASSBEN CORPORATION, |
| 7 | a Nevada corporation, VEBEN CORP., |
| | a Nevada corporation, WALBEN CORP., |
| 8 | a California corporation, and MIRANDO |
| | LAUTO, a.k.a. NANDO LAUTO |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT - San Francisco

| | |
|---|---|
| BENETTON U.S.A. CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>M3T CORP., a California corporation, BENE WEST, INC., a California corporation, COMBEN CORP., a California corporation, NABEN CORP., a California corporation, PASSBEN CORPORATION, a Nevada corporation, VEBEN CORP., a Nevada corporation, WALBEN CORP., a California corporation, and MIRANDO LAUTO, a.k.a. NANDO LAUTO, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV10-3843 JCS<br><br>Assigned to: Magistrate Joseph C. Spero<br>Courtroom: A<br><br>**STIPULATION TO EXTEND TIME TO ANSWER TO FIRST AMENDED COMPLAINT [N.D. Ca. Rule 6-1(a)]** |

This stipulation is made and entered into between Plaintiff BENETTON U.S.A. CORPORATION (hereinafter referred to as "Benetton") on the hand and Defendants M3T CORP., BENE WEST, INC., COMBEN CORP., NABEN CORP., PASSBEN CORPORATION, VEBEN CORP., WALBEN CORP., and MIRANDO LAUTO, a.k.a. NANDO LAUTO (collectively referred to as "Answering Defendants"), on the other hand. The

Stipulation is based on the following facts:

    A.    Benetton caused the First Amended Complaint to be personally served on each of the Answering Defendants on September 24, 2010;

    B.    Pursuant to F.R.C.P. Rule 12(a)(1)(A)(i), the Answering Defendants have until October 15, 2010 to file a responsive pleading;

    C.    The parties stipulated to extend the time to file and serve an Answer to the First Amended Complaint; to and including October 29, 2010;

    D.    The parties have been engaged in settlement discussions;

    E.    In view of those settlement discussions, the parties are desirous of extending the time to file and serve an Answer to the First Amended Complaint; to and including October November 5, 2010; and,

    F.    The further extension will not result in any delay in the prosecution of this matter.

## STIPULATION

It is hereby stipulated by and between Benetton, on the one hand, and the Answering Defendants, on the other hand, by and through their respective attorneys, that the time within which the Answering Defendants may file and serve an Answer to the First Amended Complaint, is extended to and including November 5, 2010.

DATED: October 28, 2010

DONFELD, KELLEY & ROLLMAN

By: _____
Paul M. Kelley
Attorneys for Answering Defendants

DATED: October 28, 2010

DILLINGHAM & MURPHY

By: _____
Rodrigo E. Salas
Attorneys for Plaintiff Benetton U.S.A. Corporation

Dated: November 1, 2010

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA