UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENETTON USA CORPORATION,<br><br>        Plaintiff(s),<br><br>  v.<br><br>M3T CORP,<br><br>        Defendant(s).<br>_____/ | Case No. C10-03843 JCS<br><br>**ORDER DIRECTING DEPOSIT OF FUNDS** |

IT IS HEREBY ORDERED that the Clerk of the Court is directed to place the $10,000 cash deposit from Benetton USA Corporation into the Court's Registry Fund.

IT IS SO ORDERED.

Dated: December 7, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge