DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN (SBN 68264)
pjh@dillinghammurphy.com
RODRIGO E. SALAS (SBN 194462)
res@dillinghammurphy.com
BROOKE S. PURCELL (SBN 260058)
bsp@dillinghammurphy.com
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Plaintiff
BENETTON U.S.A. CORPORATION

KELLEY · SEMMEL LLP
PAUL M. KELLEY (SBN 87505)
pkelley@kelleysemmel.com
5757 Wilshire Blvd.
Penthouse 5
Los Angeles, CA 90036
Telephone: (323) 592-3450

Attorneys for Defendants M3T CORP.,
BENE WEST, INC., COMBEN CORP.,
NABEN CORP., PASSBEN CORPORATION,
VEBEN CORP., WALBEN CORP.,
AND MIRANDO LAUTO, a.k.a. NANDO LAUTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENETTON U.S.A. CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>M3T CORP., *et al*,<br><br>Defendants. | CASE NO. 3:10-cv-03843-JCS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS' CROSS-COMPLAINT** |

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties through their counsel, hereby agree and stipulate to the voluntary dismissal with prejudice of all

1 | claims against plaintiff and cross-defendant Benetton U.S.A. Corporation.

2 | Dated: May 4, 2011

DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN
RODRIGO E. SALAS
BROOKE S. PURCELL

By: /s/ [signature]
Attorneys for Plaintiff
BENETTON USA CORPOPRATION

Dated: May 4, 2011

DONFELD, KELLEY & ROLLMAN
PAUL M. KELLEY

By: [signature]
Attorneys for Defendants
M3T CORP., ET AL.

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

The Clerk shall terminate the above named plaintiff and cross-defendant Benetton U.S.A. Corporation from the Docket.

DATED: May 4, 2011

_____
United States [Judge Joseph] C. Spero

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]