| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
|   | PATRICK J. HAGAN (SBN 68264) |
| 2 | pjh@dillinghammurphy.com |
|   | RODRIGO E. SALAS (SBN 194462) |
| 3 | res@dillinghammurphy.com |
|   | BROOKE S. PURCELL (SBN 260058) |
| 4 | bsp@dillinghammurphy.com |
|   | 225 Bush Street, 6th Floor |
| 5 | San Francisco, California 94104-4207 |
|   | Telephone:     (415) 397-2700 |
| 6 | Facsimile:     (415) 397-3300 |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | BENETTON U.S.A. CORPORATION |
| 9 | |
|   | KELLEY · SEMMEL LLP |
| 10 | PAUL M. KELLEY (SBN 87505) |
|   | pkelley@kelleysemmel.com |
| 11 | 5757 Wilshire Blvd. |
|   | Penthouse 5 |
| 12 | Los Angeles, CA 90036 |
|   | Telephone:     (323) 592-3450 |
| 13 | |
| 14 | Attorneys for Defendants M3T CORP., |
|   | BENE WEST, INC., COMBEN CORP., |
| 15 | NABEN CORP., PASSBEN CORPORATION, |
|   | VEBEN CORP., WALBEN CORP., |
| 16 | AND MIRANDO LAUTO, a.k.a. NANDO LAUTO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENETTON U.S.A. CORPORATION, a Delaware corporation | CASE NO. 3:10-cv-03843-JCS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING THE RLEASE OF FUNDS DEPOSITED WITH THE COURT BY BENETTON U.S.A. CORPORATION** |
| v. | |
| M3T CORP., *et al*, | |
| Defendants. | |

Pursuant to the Stipulation Regarding the Release of Funds Deposited with the Court

entered into by plaintiff Benetton U.S.A. Corporation ("Benetton") and defendants M3T Corp.,

Bene West, Inc., Comben Corp., Naben Corp., Passben Corporation, Veben Corp., Walben

1  Corp., and Mirando Lauto, a.k.a. Nando Lauto, the Clerk shall release the ten thousand dollar
2  ($10,000) funds deposited by Benetton and return said funds, and any accrued interest, to
3  Benetton.
4      IT IS SO ORDERED.
5
6  DATED: May 24, 2011
7  United States District Judge Joseph C. Spero
   Magistrate