1   DILLINGHAM & MURPHY, LLP
    PATRICK J. HAGAN (SBN 68264)
2   pjh@dillinghammurphy.com
    BROOKE S. PURCELL (SBN 260058)
3   bsp@dillinghammurphy.com
    225 Bush Street, 6th Floor
4   San Francisco, California 94104-4207
    Telephone:    (415) 397-2700
5   Facsimile:    (415) 397-3300

6
    Attorneys for Plaintiff
7   BENETTON U.S.A. CORPORATION

8   KELLEY · SEMMEL LLP
    PAUL M. KELLEY (SBN 87505)
9   pkelley@kelleysemmel.com
    5757 Wilshire Blvd.
10  Penthouse 5
    Los Angeles, CA 90036
11  Telephone:    (323) 592-3450

12
13  Attorneys for Defendants M3T CORP.,
    BENE WEST, INC., COMBEN CORP.,
14  NABEN CORP., PASSBEN CORPORATION,
    VEBEN CORP., WALBEN CORP.,
15  AND MIRANDO LAUTO, a.k.a. NANDO LAUTO

16
17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19  BENETTON U.S.A. CORPORATION, a
    Delaware corporation                    CASE NO. 3:10-cv-03843-JCS
20
                    Plaintiff,              **STIPULATION OF VOLUNTARY
21                                          DISMISSAL WITH PREJUDICE OF
              v.                            PLAINTIFF'S COMPLAINT**
22
    M3T CORP., *et al*,
23
                    Defendants.
24

25

26
            Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties
27
    through their counsel, hereby agree and stipulate to the voluntary dismissal with prejudice of all
28

1   claims against defendants Bene West, Inc., Comben Corp., Naben Corp., Passben Corporation,

2   Veben Corp., Walben Corp., and Mirando Lauto, a.k.a. Nando Lauto.

3

4   Dated:  June 6, 2011                        DILLINGHAM & MURPHY, LLP
                                                PATRICK J. HAGAN
5                                               BROOKE S. PURCELL

6                                               By: _____/s/_____

7                                                   Attorneys for Plaintiff
                                                    BENETTON USA CORPOPRATION
8

9

10  Dated:  June 6, 2011                        DONFELD, KELLEY & ROLLMAN
                                                PAUL M. KELLEY
11
                                                By: _____/s/_____
12
                                                    Attorneys for Defendants
13                                                  M3T CORP., ET AL.

14                                   **<u>ORDER</u>**

15
          PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.
16
          The Clerk shall terminate the above named defendants Bene West, Inc., Comben Corp.,
17
    Naben Corp., Passben Corporation, Veben Corp., Walben Corp., and Mirando Lauto, a.k.a.
18
    Nando Lauto from the Docket.
19

20  DATED:  ___June 6, 2011___

21          _____
            United States ~~Magistrate Judge~~ Joseph C. Spero
22

23

24

25

26

27

28

---